| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **Argent Retail Advisors, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1656170** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| **9870 Research Drive**<br>**Irvine, CA 92618**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Argent Retail Advisors, Inc.**                                    Case number (*if known*) _____
      <sub>Name</sub>

---

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor   **Argent Retail Advisors, Inc.**                                               Case number (*if known*) _____
          Name

List all cases. If more than 1,
attach a separate list

|  | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
|  | District | _____ | When _____ | Case number, if known | _____ |

---

**11.  Why is the case filed in**
**     *this district?***

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
    preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**
**     have possession of any**
**     real property or personal**
**     property that needs**
**     immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
          Contact name       _____
          Phone              _____

---

■  **Statistical and administrative information**

---

**13.  Debtor's estimation of**
**     available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**
**     creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Argent Retail Advisors, Inc.** _____   Case number (*if known*) _____
Name

█████   **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 16/2022**
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   **President**

*Terence* ~~Terrence~~ **Bortnick**
Printed name

---

**18. Signature of attorney**   X   **/s/ Thomas J. Polis**  _____   Date  **May 16, 2022**
Signature of attorney for debtor                                      MM / DD / YYYY

**Thomas J. Polis, Esq. 119326**
Printed name

**Polis & Associates, APLC**
Firm name

**19800 MacArthur Boulevard, Suite 1000**
**Irvine, CA 92612-2433**
Number, Street, City, State & ZIP Code

Contact phone   **(949) 862-0040**      Email address   **tom@polis-law.com**

**119326 CA**
Bar number and State

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name | **Argent Retail Advisors, Inc.**

United States Bankruptcy Court for the:    **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Debbie Lawler and Cynthia Johnson c/o Gregg Roberts 43440 E. Florida Ave, #F-293 Hemet, CA 92544** | | | **Disputed** | | | **$1,000,000.00** |
| **Debbie Lawler and Cynthia Johnson c/o Robert B.Gibson, Esq. Gibson & Hughes 1851 E 1st St Ste 650 Santa Ana, CA 92705** | | | **Disputed** | | | **$1,000,000.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Argent Retail Advisors, Inc.
9870 Research Drive
Irvine, CA 92618


Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612-2433


Office of the US Trustee, Santa Ana
411 West Fourth St, Ste 7160
Santa Ana, CA 92701-8000


Corey Taylor, Esq.
Law Offices of Corey Taylor
629 Camino de los Mares, Suite 305
San Clemente, CA 92673


County of Orange
Sheriff's Department
4601 Jamboree Rd., Rm 108
Newport Beach, CA 92660


Debbie Lawler and Cynthia Johnson
c/o Robert B.Gibson, Esq.
Gibson & Hughes
1851 E 1st St Ste 650
Santa Ana, CA 92705


Debbie Lawler and Cynthia Johnson
c/o Gregg Roberts
43440 E. Florida Ave, #F-293
Hemet, CA 92544


JPMorgan Chase
Samanatha Gonzales
20855 Stone Oak Parkway
San Antonio, TX 78258

```
JPMorgan Chase
Cristian Bojin
1470 Jamboree Rd.
Newport Beach, CA 92660


JPMorgan Chase
Estrella C. Williams
P.O. Box 183164
Columbus, OH 43218


Superior Court of California
County of San Bernardino
San Bernardino Justice Center
247 West Third Street
San Bernardino, CA 92415


Terence Bortnick
c/o Argent Retail Advisors, Inc.
9870 Research Drive
Irvine, CA 92618
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Thomas J. Polis, Esq. 119326**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433**<br>**(949) 862-0040 Fax: (949) 862-0041**<br>California State Bar Number: **119326 CA**<br>**tom@polis-law.com** | |

■ *Attorney for:*    Debtor, Argent Retail  Advisors,  Inc.

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Argent Retail Advisors, Inc.**<br><br>                                Debtor(s),<br><br>                                Plaintiff(s),<br><br><br><br><br><br><br><br><br><br>                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Thomas J. Polis, Esq. 119326**           , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*

 under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　　　I have personal knowledge of the matters set forth in this Statement because:

　　　　☐ I am the president or other officer or an authorized agent of the Debtor corporation

　　　　☐ I am a party to an adversary proceeding

　　　　☐ I am a party to a contested matter

　　　　■ I am the attorney for the Debtor corporation

2.a.　　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
　　　　　*[For additional names, attach an addendum to this form.]*

　b.　　■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**May 16, 2022**
Date

By:　**/s/ Thomas J. Polis, Esq.**
　　　Signature of Debtor, or attorney for Debtor

Name:　**Thomas J. Polis, Esq. 119326**
　　　　Printed name of Debtor, or attorney for
　　　　Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**